## Margery Horton, Minor, by Florrie Foreman, Mother and Next Friend, Appellant, v. Annette Mozin, Appellee.

### Gen. No. 44,879.

Heard in the second division, first district, this court at the October term, 1949. Shavin & Hamilton and Leo S. Karlin, for appellant; Leo S. Karlin, of counsel; Burt A. Crowe, for appellee; Carl E. Abrahamson, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed May 11, 1950; released for publication May 29, 1950.